FILED

04/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0339

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0339

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CODY LEE WRIGHT,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for an extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including May 23, 2020, within which to prepare, serve, and file its response brief.

**KFS**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 15 2020